## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Rickie Allen Olheiser, | ) | Case No. 1:23-cr-213 |
| | ) | |
| Defendant. | ) | |

On February 8, 2024, the court issued an order conditionally releasing Defendant to the Prairie Recovery Center with the caveat that he was to provide at least 96 hours advance notice of his anticipated completion of treatment so that the court could review his release status. (Doc No. 344).

On April 5, 2024, Defendant filed a motion to amend his release conditions. (Doc. No. 379). He anticipates that he will complete the Prairie Recovery Center's inpatient treatment programming on or about April 11, 2024. He requests the court amend his release conditions to permit him to reside at his home in Dickinson upon his discharge from the Prairie Recovery Center with the understanding that he will participate in Intensive Outpatient Treatment ("OPI") remotely through the Prairie Recovery Center.

There being no objection from the United States, the court **GRANTS** Defendant's motion (Doc. No. 379) and amends Defendant's release conditions as follows. Defendant shall reside at his home at 370 Spruce Street, Dickinson, North Dakota, upon his discharge from the Prairie Recovery Center. He shall not change his residence without the prior permission of the Pretrial Services Officer. He shall participate in IOP remotely through the Prairie Recovery Center. He otherwise

remains subject to all other conditions of release previously imposed.

**IT IS SO ORDERED.**

Dated this 9th day of April, 2024.

<u>/s/ Clare R. Hochhalter</u>
Clare R. Hochhalter, Magistrate Judge
United States District Court